■ ABRAHAM CREDLE v NEW YORK CITY TRANSIT AUTHORITY. — Motion to dismiss appeal granted, with $20 costs. In addition, an appeal does not lie from an order denying reargument (order entered on Sept. 21, 1978). Concur — Kupferman, J. P., Birns, Ross, Carro and Fein, JJ.

## (March 5, 1981)

■ SAMSUNG NEW YORK, INC., Respondent, v ANDREW L. OHM et al., Appellants. — Judgment, Supreme Court, New York County, entered on April 17, 1980, unanimously affirmed on the opinion of Greenfield J., at Special Term, without costs and without disbursements. Concur — Murphy, P. J., Sandler, Carro, Lupiano and Fein, JJ.

■ RICHARD A. BERTOCCI, Respondent, v FIAT MOTORS OF NORTH AMERICA, INC., Appellant, et al., Defendants. — Order, Supreme Court, New York County, entered on December 3, 1980, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court entered on October 31, 1980 is dismissed as subsumed in the order of December 3, 1980, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Sandler, Carro, Lupiano and Fein, JJ.